# UNITED STATES
## v.
## WILLIAM ROBISON

1808

### JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* \*p. 145

### PAPERS IN FILE
[None]

# UNITED STATES
## v.
## FRANCIS FOURNIER

1808

### JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* \*p. 145
2. Jurors; verdict . . . . . . . . . . . " 158
3. Discharge . . . . . . . . . . . " 178

### PAPERS IN FILE
[None]